IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON MORGAN, Individually and as Next Friends of A.R.M., a minor; and ABBEY MORGAN, Individually and as Next Friends of A.R.M., a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS, INC., and FORD MOTOR COMPANY, INC.,<br><br>Defendants. | 8:25CV638<br><br>ORDER |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2307 234 1159, then hit the # key

Dated this 15th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge